```
1   BENJAMIN B. WAGNER
    United States Attorney
2   LEE S. BICKLEY
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | D.C. NO. 2:12-MJ-208 GGH |
| | ) | |
| v. | ) | ORDER |
| | ) | FOR UNSEALING COMPLAINT |
| MICHAEL ALTIT, | ) | |
| | ) | |
| Defendant. | ) | |

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: August 14, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE